ELLEN F. ROSENBLUM
Attorney General of Oregon
BENJAMIN GUTMAN
Solicitor General
MICHAEL A. CASPER
Senior Assistant Attorney General
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for Respondent-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WALTER BETSCHART, et al, | |
|    Petitioners - Appellees, | |
| v. | U.S.C.A. No. 23-2270 |
| STATE OF OREGON, | |
|    Respondent - Appellant, | MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT |
| WASHINGTON COUNTY CIRCUIT COURT JUDGES, et al, | |
|    Respondents. | |
| WALTER BETSCHART, et al, | |
|    Petitioners-Cross-Appellants, | |
| v. | U.S.C.A. No. 23-3560 |
| STATE OF OREGON and WASHINGTON COUNTY CIRCUIT COURT JUDGES, | |
|    Respondents-Cross-Appellees. | |

The undersigned counsel moves for permission to appear remotely by video at the upcoming oral argument in this case. Oral argument is scheduled for February 6, 2024 at 9:00 AM in Pasadena. I am making this request because

Page 1 - MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT
    MC2:kw5\937371311

I am scheduled to have surgery in January, and that surgery will make it very difficult to travel.

Opposing counsel does not object to this request for permission to appear remotely by video.

This motion is supported by the attached declaration of Michael A. Casper.

        Respectfully submitted,

        ELLEN F. ROSENBLUM  #753239
        Attorney General
        BENJAMIN GUTMAN #160599
        Solicitor General


        /s/  Michael A. Casper
        _____
        MICHAEL A. CASPER  #062000
        Senior Assistant Attorney General
        michael.casper@doj.state.or.us

        Attorneys for Respondent-Appellant
        State of Oregon

Page 2 - MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT
    MC2:kw5\937371311

Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-4402

ELLEN F. ROSENBLUM
Attorney General of Oregon
BENJAMIN GUTMAN
Solicitor General
MICHAEL A. CASPER
Senior Assistant Attorney General
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for Respondent-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WALTER BETSCHART, et al, | |
|    Petitioners - Appellees, | |
|       v. | U.S.C.A. No. 23-2270 |
| STATE OF OREGON, | |
|    Respondent - Appellant, | DECLARATION OF MICHAEL A. CASPER |
| WASHINGTON COUNTY CIRCUIT COURT JUDGES, et al, | |
|    Respondents. | |
| WALTER BETSCHART, et al, | |
|    Petitioners-Cross-Appellants, | |
|       v. | U.S.C.A. No. 23-3560 |
| STATE OF OREGON and WASHINGTON COUNTY CIRCUIT COURT JUDGES, | |
|    Respondents-Cross-Appellees. | |

    1.    I am an assistant attorney general for the State of Oregon and one of the attorneys representing the Respondent-Appellant/Cross-Appellee State of Oregon in this litigation.

Page 1 - DECLARATION OF MICHAEL A. CASPER
      MC2:kw5\937371355

2. Oral argument in this case is scheduled for February 6, 2024 at 9:00 AM in Pasadena, California.

3. I am scheduled to have foot surgery on January 16, 2024.

4. After surgery, I will not be able to travel by airplane for several weeks because of the risk of blood clots. In addition, my mobility will be limited.

5. I filed this request within 24 hours of learning that I would be having surgery in January.

6. I have contacted Julie Vandiver, attorney for Petitioners-Appellees/Cross-Appellants. She has no objection to this motion.

/s/ Michael A. Casper
MICHAEL A. CASPER #062000
Senior Assistant Attorney General
michael.casper@doj.state.or.us

Attorney for Respondent-Appellant
State of Oregon

Page 2 - DECLARATION OF MICHAEL A. CASPER
MC2:kw5\937371355

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I directed the Motion to Appear Remotely for Oral Argument to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

/s/ Michael A. Casper
_____
MICHAEL A. CASPER #062000
Senior Assistant Attorney General
michael.casper@doj.state.or.us

Attorney for Respondent-Appellant
State of Oregon

Page 3 - MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT
         MC2:kw5\937371311
                        Department of Justice
                        1162 Court Street NE
                        Salem, OR 97301-4096
                        (503) 378-4402